IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANLEY ORLIN STIRES | : | CIVIL ACTION |
| v. | : | |
| PAUL K. SMEAL, et al. | : | NO. 09-1366 |

ORDER

AND NOW, this 27 day of March, 2011, upon consideration of the Motion of Stanley Orlin Stires to Stay Action Pending Exhaustion of State Remedies (Doc. 10), and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. For the reasons given in the Report and Recommendation, the Motion to Stay (Doc. 10) is DISMISSED.

BY THE COURT:

_____
LOUIS H. POLLAK, J.