IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANLEY ORLIN STIRES,<br>Petitioner, | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | NO.   09-1366 |
| PAUL K. SMEAL, ET AL., | : <br> : | |
| Respondents. | : | |

**ORDER**

AND NOW, this 31st day of March, 2015, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, *and note any objections filed*, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DENIED without an evidentiary hearing.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Michael M. Baylson

MICHAEL M. BAYLSON,   J.